UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ambrosia Appiah

Case No.: 18-22194
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __February 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
55 Foxwood Drive,
Somerset, New Jersey
Valued at $375,000.00

Liens on property: Roundpoint Mortgage, $559,433.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-22194-CMG
Ambrosia Appiah                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jan 09, 2019
                              Form ID: pdf905          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
```
db              +Ambrosia Appiah,    55 Foxwood Dr,    Somerset, NJ 08873-1727
cr              +CARISBROOK ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                  Suite 100,   Mt. Laurel, NJ 08054-3437
517626176       +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517626179       +Nyst Hghr Ed,    99 Washington Ave,    Albany, NY 12255-1100
517595800       +RoundPoint Mortgage Servicing Corp,    PO Box 674150,    Dallas, TX 75267-4150
517743249       +Roundpoint Mortgage Servicing Corp.,,    5016 Parkway Plaza Blvd,    Bldg 6&8,
                  Charlotte, NC 28217-1932
517626181       +University Radiology Group, PC,    PO Box 371863,    Pittsburgh, PA 15250-7863
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:11     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517626177        E-mail/Text: ebn@americollect.com Jan 09 2019 23:38:24     Americollect,    Po Box 1566,
                  1851 South Alverno Road,    Manitowoc, WI 54221
517626178       +E-mail/Text: bankruptcy@sccompanies.com Jan 09 2019 23:39:14     Midnight Velvet,
                  1112 7th Ave,   Monroe, WI 53566-1364
517626182       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 09 2019 23:38:11
                  Westlake Financial Services,    Customer Care,    Po Box 76809,   Los Angeles, CA 90076-0809
517670281       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 09 2019 23:38:11
                  Westlake Services LLC,    4751 Wilshire Blvd,    Ste 100,   Los Angeles, CA 90010-3847
                                                                                                TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517743248        Roundpoint Mortgage Servicing Corp.
517626180*      +RoundPoint Mortgage Servicing Corp,    PO Box 674150,    Dallas, TX 75267-4150
                                                                                                TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
```
            Jill  Manzo    on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
             CARISBROOK ASSET HOLDING TRUST bankruptcy@feinsuch.com
            Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
            Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
             NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
            Lee Martin Perlman    on behalf of Debtor Ambrosia  Appiah ecf@newjerseybankruptcy.com,
             lmpcourt@gmail.com
            Nicholas V. Rogers    on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
            R. A. Lebron    on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
             CARISBROOK ASSET HOLDING TRUST bankruptcy@feinsuch.com
            Rebecca Ann Solarz    on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST
             rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```